**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

MARY GARABEDIAN,

                Plaintiff,

    - against -

FREEDOM MORTGAGE CORPORATION

                Defendant.

Case No. 1:23-cv-1619-FJS-DJS

**STIPULATION OF DISCONTINUANCE**

       **It is hereby stipulated and agreed** by and between the parties, through their respective attorneys, that the above referenced action shall be discontinued with prejudice and without costs to any party.  The undersigned consent to the form and entry of this Stipulation. This stipulation may be signed in counterparts and electronic signatures shall be treated as original signatures for the purposes of filing herein.

Dated: July 31, 2024

**DOMBROW LAW FIRM**

*/s/ Russell W. Dombrow, Esq.*
Russell W. Dombrow, Esq.
499 S. Warren Street, Suite 405
Syracuse, NY 13202
315-409-7709
russell@dombrowlawfirm.com
*Counsel for Plaintiff*

**MCGLINCHEY STAFFORD PLLC**

*/s/ Jason R. Lipkin, Esq.*
Jason R. Lipkin, Esq.
112 West 34th Street, Suite 1515
New York, NY 10120
646-362-4048
jlipkin@mcglinchey.com
*Counsel for Defendant*

IT IS SO ORDERED.

_____

Frederick J. Scullin, Jr.
Senior United States District Judge

Date:  July 31, 2024